(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED by _AP_ D.C.
FEB 04 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **16-20408-CIV-KING/WHITE**

Provided to
Sou[th] _NO_ _____
on _2-1-16_ ailing.
I/M ..itions _____

__Willie Owens__
(Enter the full name of the plaintiff in this action)

v.

__JULIE JONES SECRETARY OF FLORIDA D.O.C
SERGEANT MS. JOHNSON AT S.F.R.C.
Doctor ABIA EMPLOYED BY WEXFORD H.
Doctor HOFFLER EMPLOYED BY LARKIN
E.T. AT SUED IN T__
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

Page 1 of 5

cat/dlv _1983/550/Miami_
Case # _____
Judge ____ Mag _White_
Motn Ifp _no_ Fee pd $ _Ø_
Receipt # _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Willie Owens

Inmate #: 445467

Address: 14000

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Julie Jones

is employed as Secretary Dept. of Corrections

at Florida D.O.C.

C. Additional Defendants: SGT. M.S. Johnson, Duty SGt, South Florida Reception Center, Miami Fl.; Dr. ABia, Wexford Health

Page 2 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

<u>Services, Miami Fl.; DR. Hoffler, Larkin Community Hospital, Miami, Fl.</u>

## II. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

On July 17th, 2015 I Willie Owens was attacked by two inmates, which resulted in a severly broken arm. After the attack I made it to the officer station I was then taken to the prison infirmary. I was taken to the hospital for a stay of one night and bring back to the prison without any medical treatment and had to return to my cell. On July 24th, 2015 the Wexford Health Source Inc. Medical/Dept of corrections medical provider doctor refused to even order an x-ray of my broken arm. During the investigation of the attack the warden saw my arm and ordered the doctor to have it x-rayed which revealed the plaintiff arm was broken in two places. Plaintiff was then transferrered

additional paper statement of claim

The plantiff contends that once the surgery was done he was transferred back to South Florida Reception center and was denied proper rehabilitation therapy which left his arm deformed and out of commission in which he will never be able to use the arm to work or provide for himself or family. 2) The plantiff alleges that once he arrived back at the reception center he filed formal grievances on sergeant Ms. Johnson and several formal greivance against the wexford health source medical dept for medical malpractice/medical negligence. The plantiff alleges after the filing of grievances he was moved to the Northern part of Florida hult correctional and until this day hasn't recieved any response regarding his grievance. On November 1st 2015 The plantiff had filed a formal grievance to sought leave so the he could file a out of time grievance to the office of the secretary in reference to the above mention. The plantiff alleges that at all times relevant hereto and in all their actions described herein, all defendant(s) were acting under color of state law. Plantiff alleges that defendants who are in charge secertary Julie Jones, Doctor John doe #1, employed at Wexford health Service, Inc. Doctor John Doe #2 employed at larkin Community hospital and Sergeant Ms Johnson and despite their knowledge of plantiff's serious medical injury, deliberately ignored his broken left arm condition described herein. Hence, it has infringed

upon the constitutional rights of plantiff. Plantiff alleges the here is brazen and wholesale discrimination and unjust denial of proper medical treatment and medical attention on behalf of Wexford health service, Inc. as well as Sergeant Ms. Johnson, routinely ignores, obvious forms of improper conduct and for the most part, on-going in the deliberately attempting to cover up a serious injury and denying plantiff professional medical treatment that caused him deformed and dysfunctionary to be permanently misaligned. This constitutes a violation of the 8th amendment of the state and federal constitutions. Owens tried and fully attempted to exhauste all administrative grievances available to him at South Florida Reception Center and to the Secretary of the Florida Department of Corrections in Tallahassee, Fl. (to no avail) Owens suffered injuries in the form of a metal rod just placed in his upper left shoulder and arm to somewhat hold it together which cause it to barely function and also still causes to experience excruciating pain in his shoulder and arm area which caused him to be dysfunctionary, unbalanced, and loses sleep all the time. And emotional damage as well as causes him to stress from continually being denied proper surgery and proper medical treatment as well as proper professional rehabilitation therapy

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

to Larken community hospital in Miami where he underwent emergency surgery on July 30th, 2015 and had rods and pins placed in his arm. Plantiff alleges that it shows for itself that he was denied medical treatment and was in severe pain for 13 days

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

A compensation damages of 100,000.00
B Punitive damages of 200,000.00
C Reasonable attorney fees and court costs
D Nominal damages
E a trial by jury on issue traiable
F any other relief that courts deems appropriate

### IV. Jury Demand

Do you demand a jury trial? ☒ Yes  ☐ No  - yes

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ___1___ day of ___feduary___, 20__16__

___Willi' O(um)___
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ___2-1-16___

___Willi O(um)___
(Signature of Plaintiff)

Willie Owens #445467 Dorm
S.F.R.C  K2205
South Florida Reception Center
14000 NW 41st
Doral Fla. 33178-

United States District
Courts. D. F. F.
400 North Miami Ave
Miami Fla 33128-7788 Room 8N09

USMS INSPECTED
By_____